# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **BELLSOUTH TELECOMMUNICATIONS, LLC.** | **CIVIL ACTION NO. 6:16-CV-1624** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CALLS PLUS, INC.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the objections and responses to the objections, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Complaint in Intervention Under F.R.C.P. 12(b)(1) and 12(b)(6) filed by Plaintiff is **GRANTED IN PART AND DENIED IN PART AS MOOT**. The motion is **GRANTED** under Rule 12(b)(1) for lack of standing, and Intervenors' Complaint in Intervention is **DISMISSED WITHOUT PREJUDICE**. The motion is otherwise **DENIED AS MOOT**.

**MONROE, LOUISIANA, this 16TH day of March, 2018.**

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE